JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLER-UCHIDA REALTY RESOURCES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BIRACH HOLDING CORP., a corporation d/b/a ESPN DETROIT, <u>et al.</u>, <br><br> Defendants. | Case No. CV 13-1106 FMO (OPx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED that:

1. Judgment shall be entered in favor of plaintiff Keller-Urchida Realty Resources, LLC and against defendants Birach Holdings Corp. and Sima Birach, Jr., jointly and severally, in the amount of: (A) Four-million, one-hundred and sixty-nine thousand, six-hundred and twenty dollars and eighty cents (**$4,169,620.80**) for compensatory damages; (B) Eighty-six thousand, nine-hundred and ninety-two dollars and forty-two cents (**$86,992.42**) for attorney's fees; and (C) Four-Hundred dollars (**$400.00**) for costs.

2. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make them operative in any future proceedings.

Dated this 8th day of April, 2014.

/s/
Fernando M. Olguin
United States District Judge